**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Criminal Case No. 15-cr-00268-RM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

9.  ROXXANNE VIGIL,

      Defendant.

_____

## ORDER SETTING CHANGE OF PLEA HEARING
_____

      Pursuant to the Notice of Disposition filed on October 14, 2015 (Docket No. 161).  A

Change of Plea Hearing is set for **November 30, 2015 at 10:00 a.m.** Counsel for the parties shall

email a courtesy copy of all change of plea documents separately to my chambers:

([Moore_Chambers@cod.uscourts.gov](mailto:Moore_Chambers@cod.uscourts.gov)) and to the Probation Department not later than 48 hours

before the change of plea hearing.  *See* D.C.COLO.LCrR 11.1C.  On the date of the hearing,

counsel shall bring with them an original and one copy of the plea agreement and the statement

in advance.  *See* D.C.COLO.LCrR 11.1F.

      The plea agreement shall be in the form required by D.C.COLO.LCrR 11.1C which

includes a separate section identifying each essential element required by law for the commission

of each criminal offense to which the defendant intends to enter a plea of guilty.  The statement

in advance shall be in the form required by D.C.COLO.LCrR 11.1D.

DATED this 16th day of October, 2015.

BY THE COURT:

RAYMOND P. MOORE
United States District Judge