**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE RAYMOND P. MOORE**

Courtroom Deputy:  Cathy Pearson
Court Reporter:  Tammy Hoffschildt
Probation Officer:  Justine Kozak

Date:  February 25, 2016
Interpreter:  n/a

**CASE NO.    15-cr-00268-RM**

Parties

UNITED STATES OF AMERICA,

      Plaintiff,

v.

**9.    ROXXANNE VIGIL,**

      **Defendant.**

Counsel

Kasandra Carleton

Siddarhartha H. Rathod

**COURTROOM MINUTES**

**SENTENCING HEARING**
**COURT IN SESSION:      1:02 p.m.**
Appearances of counsel.    Defendant is present and in custody.

Defendant entered her plea on November 30, 2016, to Count 12 of the Indictment.   The Court formally accepts the Plea Agreement at this hearing.

Discussion held regarding pending motions and objections.

**ORDERED:**  Government's Motion for Defendant to Receive the Third Level for Acceptance of Responsibility Under U.S.S.G. §3E1.1(b) [Doc. 299] is GRANTED as stated on the record.

**ORDERED:**  Government's Motion for Downward Departure Pursuant to U.S.S.G. § 5K1.1 (Doc. 297) is GRANTED as stated on the record.

Counsel for the Government addresses the Court regarding sentencing.

Defendant's counsel makes a statement on behalf of the defendant, offers information in mitigation of punishment, and comments on matters relating to the appropriate sentence.

Defendant addresses the Court regarding sentencing.

Statement by the Court regarding defendant's offense level, criminal history level, and sentencing guidelines range.

Court states its findings and conclusions.

**ORDERED:** Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant, ROXXANNE VIGIL, is sentenced to probation for a term of **five (5) years.**

**ORDERED: Mandatory Conditions of supervision:**
- (**X**) Defendant shall not commit another federal, state or local crime.
- (**X**) Defendant shall not illegally possess controlled substances.
- (**X**) Defendant shall not possess a firearm, ammunition, or destructive device.
- (**X**) Defendant shall comply with standard conditions recommended by U.S. Sentencing Commission.
- (**X**) Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.
- (**X**) Defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.

**ORDERED: Special Conditions of supervision:**
- (**X**) Defendant shall participate in and successfully complete a program of testing and/or treatment for substance abuse as directed by the probation officer until such time as defendant is released from the program by the probation officer.  Defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment.  Defendant will be required to pay the cost of treatment as directed by the probation officer.
- (**X**) Defendant shall participate in and successfully complete a program of mental health treatment, as approved by the probation officer, until such time as the defendant is released from the program by the probation officer. Defendant shall pay the cost of treatment as directed by the probation officer.
- (**X**) Defendant shall remain medication compliant and shall take all medications that are prescribed by her treating psychiatrist.  Defendant shall cooperate with random blood tests as requested by her treating psychiatrist and/or supervising probation officer to ensure that a therapeutic level of her prescribed medications is maintained.
- (**X**) Defendant shall perform 200 hours of community service as directed by the probation officer.  The agency where she performs these hours shall be approved by the probation officer.

(**X**)   Within the first two and a half (2 ½) years of her term of probation, Defendant shall take all steps necessary to obtain her GED.

(**X**)   Defendant shall comply with the terms and conditions for payment of the special assessment, restitution or fine imposed by this judgment.

**ORDERED:** Defendant shall pay **$100** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

**ORDERED:** Defendant shall forfeit her interest in the following property to the United States:   2004 Lexus GX 470, VIN number JTJBT20X240058381, as reflected in the Plea Agreement.

**ORDERED:** **No fine** is imposed because defendant has no ability to pay a fine.

Defendant advised of right to appeal.

**ORDERED:** Any notice of appeal must be filed within 14 days.

**ORDERED:** Bond is continued.

**ORDERED:** Defendant's Motion for Variant Sentence (Doc. 321) is GRANTED as stated on the record.

**ORDERED:** Government's Motion to Dismiss Counts (Doc. 298) is GRANTED as stated on the record.

**Court in recess:**     2:05 p.m.
Hearing concluded.
Total time:                1:03