IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Criminal Action No: 15-cr-00268-RM-9

UNITED STATES OF AMERICA,

    Plaintiff,

v.

9.    ROXXANNE VIGIL,

    Defendant.

---

**ORDER TO DISMISS COUNTS**
**(Doc. No. 298)**

---

THE COURT, upon review of the motion of the United States requesting an Order dismissing Counts 9, 10, 11, 13, 20 and 23 of the Indictment as to defendant ROXXANNE VIGIL in the above captioned matter, and finding good cause contained therein, it is hereby

ORDERED: that Counts 9, 10, 11, 13, 20 and 23 of the Indictment are hereby dismissed as to defendant ROXXANNE VIGIL.

DATED this 25th day of February, 2016.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge