**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Criminal Case No. 15-cr-00268-RM

UNITED STATES OF AMERICA,

       Plaintiff,

v.

9.      **ROXXANNE VIGIL,**

       Defendant.

---

**FINAL ORDER OF FORFEITURE**

---

THIS MATTER comes before the Court on the United States' Motion for Final Order of Forfeiture. The Court having reviewed said Motion FINDS:

THAT the United States commenced this action pursuant to 21 U.S.C. § 853, as set forth in the Indictment returned on June 23, 2015;

THAT a Preliminary Order of Forfeiture was entered on December 8, 2015;

THAT all known interested parties were provided an opportunity to respond and that publication has been completed as required by 21 U.S.C. § 853(n);

THAT the United States and Westlake Financial Services have entered into a Settlement Agreement, settling the interest of Westlake Financial Services in the 2004 Lexus GX 470, VIN: JTJBT20X240058381;

THAT the time for any other third-party to file a petition has expired;

THAT it further appears there is cause to issue a forfeiture order under 21 U.S.C. § 853.

NOW, THEREFORE, IT IS ORDERED, DECREED, AND ADJUDGED:

THAT judgment of forfeiture of the 2004 Lexus GX 470, VIN: JTJBT20X240058381, shall enter in favor of the United States pursuant to 21 U.S.C. § 853, subject to the settlement agreement with Westlake Financial Services;

THAT the United States shall have full and legal title to the 2004 Lexus GX 470, VIN: JTJBT20X240058381 and may dispose of it pursuant to law and in accordance with the settlement agreement.

DATED this 1st day of April, 2016.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge